# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 795 - 1 | **DATE** | 12/05/07 |
| **CASE TITLE** | USA vs. Robert Fletcher | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Robert Fletcher appear in response to arrest on 12/05/07. Defendant informed of his rights. Enter order appointing Timothy O'Connor of the Federal Defender Program/Panel as counsel for defendant (initial appearance only). Government and defendant agree on certain conditions of release. Preliminary examination hearing is set for 12/19/07 at 12:00 p.m. Government's oral motion to amend complaint on the record is granted as follows: **Title 18, United States Code, Sections 513(a).** Defendant ordered bound to the Northern District of Illinois.

Docketing to mail notices.

00:10

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|