UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

UNITED STATES OF AMERICA
　　　　　　　　　　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cr−00795
　　　　　　　　　　　　　　　　　　　　　Honorable Nan R. Nolan

Robert Fletcher
　　　　　　　　　　　　　　　Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 19, 2007:

　　　MINUTE entry before Judge Nan R. Nolan :Preliminary examination held on 12/19/2007. The Court enters a finding of probable cause; Order defendant bound to the District Court for further proceedings. Defendant's oral motion to modify bond for holiday travel is granted ONLY with the consent of Pretrial Services. Prior to any holiday travel the defendant must speak/meet with his Pretrial Service Officer first. Mailed notice (lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.