UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 795 |
| v. | ) | 07 GJ 1134 |
| | ) | |
| ROBERT FLETCHER | ) | Acting Chief Judge |
| | ) | Robert W. Gettlemen |
| | ) | |
| | ) | |

## NOTICE OF FILING

Please take notice that on December 26, 2007, the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, filed the attached **GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME TO RETURN INDICTMENT OR TO FILE AN INFORMATION**, a copy of which is hereby served upon you.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　By:   /s Steven A. Block
　　　　　　　　　　　　　Steven A. Block
　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　Chicago, Illinois  60604
　　　　　　　　　　　　　(312) 866-7647

Dated: December 26, 2007