Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 795 - 1 | **DATE** | 12/20/2007 |
| **CASE TITLE** | USA vs. Robert Fletcher | | |

**DOCKET ENTRY TEXT**

Enter order: Permission is hereby granted as to defendant Robert Fletcher to travel from the Norther District of Illinois to Orlando, Florida as out-lined in the attached order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|