IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ROBERT FLETCHER,<br><br>                Defendant. | No. 07-CR-795<br>Hon. Nan R. Nolan |

## ORDER

THIS CAUSE COMING ON TO BE HEARD on the motion of Robert Fletcher for permission to travel outside the Northern District of Illinois, IT IS HEREBY ORDERED THAT:

Permission hereby is granted to Robert Fletcher to travel from the Northern District of Illinois to Orlando, Florida on or about December 30, 2007 and to return to the Northern District of Illinois from Orlando Florida on or about January 2, 2008. If Mr. Fletcher for any reason plans to return to the Northern District of Illinois after January 2, 2008, he shall contact Pretrial Services. Mr. Fletcher will comply with any instruction issued to him by PreTrial Services with respect to his travel to, and return from, Orlando.

Date: December 20, 2007.

/s_____
Hon. Nan R. Nolan
United States Magistrate Judge