# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nolan | Sitting Judge if Other than Assigned Judge | Gettleman |
|---|---|---|---|
| **CASE NUMBER** | 07 Cr 795 -1 | **DATE** | 12/26/2007 |
| **CASE TITLE** | USA vs Robert Fletcher | | |

**DOCKET ENTRY TEXT:**

Motion [6] of the USA for extension of time to 3/6/2008 within which to file an indictment is granted.

[For further detail see separate order]
[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|