UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA        )  | |
| ) | No.  07 CR 795 |
| v.                              ) | |
| ) | |
| ROBERT FLETCHER                 ) | Hon. Nan R. Nolan |
| ) | |
| ) | |
| ) | |

**<u>GOVERNMENT'S UNOPPOSED  MOTION TO DISMISS COMPLAINT</u>**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss the criminal complaint filed against the above-named defendant without prejudice.  In support of this motion, the government states as follows:

1.	The government filed a one-count criminal complaint against defendant Robert Fletcher on December 5, 2007 charging a violation of Title 18, United States Code, Section 513(a), possession of a forged and counterfeit check.  An  initial appearance was held before Magistrate Judge Nan R. Nolan that same day.  The defendant was released on a recognizance bond.

2.	On December 26, 2007, Acting Chief Judge Robert Gettleman granted the government's motion to extend the date by which to return an indictment or information to March 6, 2008.

3.	On February 28, 2008, the Special June 2007 Grand Jury returned a three-count indictment against Robert Fletcher and co-defendant Michael Courtney.  Fletcher is charged in the indictment with two counts of wire fraud, Title 18, United States Code, Section 1343, and one count of possession of a forged check, Title 18, United States Code, Section 513(a).

4. Counsel for the government has spoken to defense counsel who stated that he does not object to this motion.

5. The government respectfully requests that the Court dismiss the December 4, 2007 criminal complaint filed against Robert Fletcher without prejudice.

WHEREFORE, the United States respectfully requests that the criminal complaint filed against defendant Robert Fletcher be dismissed without prejudice.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   /s Steven A. Block
      Steven A. Block
      Assistant United States Attorney
      United States Attorney's Office
      219 South Dearborn Street
      Chicago, Illinois  60604
      (312) 866-7647

Dated: March 3, 2008

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

**GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT**

was served on March 3, 2008, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

   /s/ Steven A. Block
Steven A. Block
Assistant United States Attorney
Suite 500
219 South Dearborn Street
Chicago, Illinois
(312) 886-7647