UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   07 CR 795 |
| v. | ) | |
| | ) | |
| ROBERT FLETCHER | ) | Hon. Nan R. Nolan |
| | ) | |
| | ) | |
| | ) | |

**NOTICE OF MOTION**

Please take notice that on March 6, 2008, at 9 a.m., the UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, will appear before the Honorable Nan R. Nolan or any judge sitting in her stead, and present the attached **GOVERNMENT'S UNOPPOSED MOTION TO DISMISS COMPLAINT**, a copy of which is hereby served upon you.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   /s Steven A. Block
Steven A. Block
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois  60604
(312) 866-7647

Dated: March 3, 2008