MHN

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 795 - 1 | **DATE** | 03/06/08 |
| **CASE TITLE** | USA vs. Robert Fletcher | | |

**DOCKET ENTRY TEXT**

Enter Order granting government's motion to dismiss criminal complaint as to defendant Robert Fletcher [15].

■ [ For further detail see separate order(s).]

Docketing to mail notices.



Courtroom Deputy Initials: LXS