MHN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 795 |
| v. | ) | |
| | ) | |
| ROBERT FLETCHER | ) | Hon. Nan R. Nolan |
| | ) | |
| | ) | |

**ORDER**

The government's unopposed motion to dismiss the criminal complaint against Robert Fletcher without prejudice is granted.

Hon. Nan R. Nolan
United States Magistrate Judge

Dated: March 6, 2008