## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 795 - ALL | **DATE** | 3/12/2008 |
| **CASE TITLE** | USA vs. Robert Fletcher & Michael Courtney | | |

**DOCKET ENTRY TEXT**

Arraignment proceedings held. Defendants acknowledge receipt of the Indictment. Defendants' waive formal reading and enter plea of not guilty. Bond previously set as to Robert Fletcher to stand. Government and defendant Michael Courtney agree on certain conditions of release. Rule 16 conference by 03/19/08. Pretrial motions are due by 03/30/08. Response(s) to be filed by 04/09/08. Status hearing before Judge Bucklo is set for 04/04/08 at 10:00 a.m. Defendants bound to the Northern District of Illinois. Time is hereby excluded from 03/12/08 to and including 04/04/08. (X-E)

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | LXS |
|---|---|---|