# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:07−cr−00795

                                                       Honorable Elaine E. Bucklo

Robert Fletcher, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable Elaine E. Bucklo:Duplicate motion to sever defendant [30] is terminated as to Robert Fletcher (1). Motion to sever defendant [30] is entered and continued as to Robert Fletcher. Status hearing as to both defendants held on 4/25/2008 and continued to 6/16/2008 at 10:00 AM. Defendant Fletcher is allowed to file a financial affidavit for in camera review to determine his eligibility for representation by the Federal Defender Program. Defendants' oral motion for early return of trial subpoenas is granted. Time from this day through next status is excluded for trial preparations and motion under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.