# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                                     Case No.: 1:07−cr−00795
                                                               Honorable Elaine E. Bucklo

Robert Fletcher, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo: as to Robert Fletcher and Michael Courtney; Status hearing held on 6/16/2008. Michael Courtney's presence has been waived for status hearing. Change of Plea Hearing set for 7/25/2008 at 11:00 A.M. as to defendant Michael Courtney. Defendant, Robert Fletcher appeared. Status hearing set for 7/25/2008 at 11:00 A.M. as to defendant Robert Fletcher regarding change of plea. Time from this day through 7/25/2008 is excluded pursuant to 18:3161 (h)(8)(B)(iv). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.