## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 1:07–cr–00795
                                              Honorable Elaine E. Bucklo

Robert Fletcher, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Friday, July 25, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:As to Robert Fletcher, status hearing held on 7/25/2008. Change of Plea Hearing set for 9/5/2008 at10:30 AM. Time from this day through change of plea date is excluded for trial preparations and plea negotiations under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.